# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE ANN GARCIA, <br><br>Plaintiff, <br><br>v. <br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, <br><br>Defendant. | No.: EDCV 18-1622-KS <br><br>**ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS, PURSUANT TO 28 U.S.C. § 1920** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of FOUR THOUSAND NINE HUNDRED DOLLARS ($4,900.00), and costs under 28 U.S.C. § 1920, in the amount of FOUR HUNDRED DOLLARS ($400.00), subject to the terms of the above-referenced Stipulation.

Dated: January 13, 2020

                                                   KAREN L. STEVENSON
                                       UNITED STATES MAGISTRATE JUDGE